UNITED STATES of America,
Plaintiff—Appellee,

v.

Victor Manuel COLMENARES–
ROBLES, Defendant—
Appellant.

Nos. 01–10555, 02–10031.

United States Court of Appeals,
Ninth Circuit.

Submitted June 9, 2003.*

Decided June 16, 2003.

Before RYMER, THOMAS, and
SILVERMAN, Circuit Judges.

MEMORANDUM **

In 01–10555, Victor Manuel Colmenares–Robles appeals his conviction by guilty plea and sentence for illegal reentry after deportation, in violation of 8 U.S.C. § 1326(a), with a sentencing enhancement pursuant to 8 U.S.C. § 1362(b)(2). In 02–10031, Colmenares–Robles appeals the district court's denial of his pro se motion for "summary judgment" on his motion for reconsideration of the use of prior convictions at sentencing in light of *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000).

After this court consolidated these appeals, Colmenares–Robles's attorney filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and a motion to withdraw on the ground that his review of the record did not reveal any arguable issues. Colmenares–Robles did not file a pro se supplemental brief. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issues.

We therefore **GRANT** counsel's motion to withdraw and **AFFIRM** the district court's judgment.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

